### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re: | : Chapter 11<br>:<br>: Case No. 18-11369 (MFW) |
| MACH GEN GP, LLC, | :<br>: |
| Reorganized Debtor.[1] | :<br>: |
|  | : **Monthly Fee Application:**<br>: **Obj. Deadline: October 29, 2018 at 4:00 p.m. (ET)**<br>: **Hearing Date: N/A**<br>:<br>: **Final Fee Application:**<br>: **Obj. Deadline: November 20, 2018 at 4:00 p.m. (ET)**<br>: **Hearing Date: TBD** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### SUMMARY OF THIRD MONTHLY AND FINAL APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE MONTHLY PERIOD FROM AUGUST 1, 2018 THROUGH SEPTEMBER 6, 2018, AND THE FINAL PERIOD FROM JUNE 11, 2018 THROUGH SEPTEMBER 6, 2018

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | July 2, 2018 (*Nunc Pro Tunc* to June 11, 2018) |
| Monthly Period for which compensation and reimbursement is sought: | August 1, 2018 through September 6, 2018 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $114,063.00 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $535.77 |
| Final Period for which compensation and reimbursement is sought: | June 11, 2018 through September 6, 2018 |

---

[1] The Reorganized Debtor and the last four digits of its taxpayer identification numbers are MACH Gen GP, LLC (6738). The Reorganized Debtor's principal offices are located at 1780 Hughes Landing, Suite 800, The Woodlands, Texas 77380. The chapter 11 cases of certain affiliates of the Reorganized Debtor have been closed. See Case No. 18-11368 (MFW), D.I. 208.

Amount of Final Compensation sought as          $458,262.00
actual, reasonable and necessary:

Amount of Final Expense Reimbursement          $18,752.97
sought as actual, reasonable and necessary:

This application includes 2.70 hours with a value of $773.50 incurred in connection with the preparation of monthly fee applications.

### PRIOR APPLICATIONS:

| Date Filed; Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 7/16/18 D.I. 122 | 6/11/18 – 6/30/18 | $139,362.50 | $6,662.97 | Pending | Pending |
| 8/22/18 D.I. 159 | 7/1/18 – 7/31/18 | $204,836.50 | $11,554.23 | Pending | Pending |
| Included Herein | 8/1/18 – 9/6/18 | $114,063.00 | $535.77 | Pending | Pending |
| **TOTAL** | | **$458,262.00** | **$18,752.97** | | |

**MONTHLY COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Robert S. Brady | Partner since 1998. Joined firm as an associate in 1990. Member of DE Bar since 1990. | $920.00 | 15.30 | $14,076.00 |
| Edmon L. Morton | Partner since 2008. Joined firm as an associate in 1999. Member of DE Bar since 1999. | $750.00 | 66.50 | $49,875.00 |
| Vincent C. Thomas | Partner since 2014. Joined firm as partner in 2014. Member of DE Bar since 2005. | $650.00 | 29.20 | $18,980.00 |
| Kenneth J. Enos | Partner since 2015. Joined firm as an associate in 2004. Member of DE Bar since 2004. | $585.00 | 18.30 | $10,705.50 |
| Elizabeth S. Justison | Joined firm as an associate in 2013. Member of the DE Bar since 2013. | $425.00 | 32.10 | $13,642.50 |
| Shane M. Reil | Joined firm as an associate in 2015. Member of DE Bar since 2015. | $395.00 | 8.30 | $3,278.50 |
| Debbie Laskin | Paralegal | $285.00 | 0.40 | $114.00 |
| Beth Olivere | Paralegal | $255.00 | 3.80 | $969.00 |
| Michelle Smith | Paralegal | $255.00 | 9.50 | $2,422.50 |
| **Grand Total:** | | | **183.40** | **$114,063.00** |
| **Blended Rate:** | | **$621.94/hr** | | |

**MONTHLY COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (B001) | 46.30 | $29,034.00 |
| Cash Collateral/DIP Financing (B003) | 0.30 | $276.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 15.20 | $6,893.50 |
| Lease/Executory Contract Issues (B005) | 12.50 | $7,388.50 |
| Use, Sale or Lease of Property (363 Issues) (B006) | 1.20 | $510.00 |
| Claims Analysis, Objections and Resolutions (B007) | 14.30 | $8,142.00 |
| Meetings (B008) | 5.80 | $2,804.00 |
| Plan and Disclosure Statement (B012) | 77.10 | $55,077.50 |
| General Corporate Matters (B014) | 0.10 | $42.50 |
| Retention of Professionals/Fee Issues (B017) | 7.90 | $3,121.50 |
| Fee Application Preparation (B018) | 2.70 | $773.50 |
| **TOTAL** | **183.40** | **$114,063.00** |

**MONTHLY EXPENSE SUMMARY**

| Expenses Category | Total Expenses |
|---|---|
| Reproduction Charges | $30.40 |
| Delivery / Courier | $42.50 |
| Working Meals | $371.68 |
| Teleconference / Video Conference | $45.24 |
| Computerized Legal Research | $14.65 |
| Docket Retrieval/Search | $31.30 |
| **TOTAL** | **$535.77** |

## SUMMARY OF FINAL FEE APPLICATION

| | |
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors |
| Time period covered by Final Application | June 11, 2018 through September 6, 2018 |
| Total compensation sought during the Final Application Period | $458,262.00 |
| Total expenses sought during the Final Application Period | $18,752.97 |
| Petition Date | June 11, 2018 |
| Retention Date | June 11, 2018 |
| Date of order approving employment | July 2, 2018 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $275,359.20 |
| Total allowed expenses paid to date | $18,217.20 |
| Blended rate in the Final Application for all attorneys | $616.19 |
| Blended rate in the Final Application for all timekeepers | $583.03 |
| Compensation sought in the Final Application already paid pursuant to a monthly compensation order but not yet allowed | $275,359.20 |
| Expenses sought in the Final Application already paid pursuant to a monthly compensation order but not yet allowed | $18,217.20 |
| Number of professionals included in Final Application | 11 |
| If applicable, number of professionals in the Final Application not included in staffing plan approved by client | 5 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted: $555,000.00 Amt. Sought:  $458,262.00 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 4 |
| Are any rates higher than those approved or disclosed at retention? | No |

### SUMMARY OF TIMEKEEPERS INCLUDED IN FINAL FEE APPLICATION

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | This Application | In 1st Interim Application | |
| Robert S. Brady | Partner | Bankruptcy | 1990 | $49,772.00 | 54.10 | $920 | $920 | 0 |
| Edmon L. Morton | Partner | Bankruptcy | 1999 | $165,600.00 | 220.80 | $750 | $750 | 0 |
| Vincent C. Thomas | Partner | Tax/Estates Administration | 2005 | $61,035.00 | 93.90 | $650 | $650 | 0 |
| Erin D. Edwards | Partner | Bankruptcy | 2003 | $6,069.00 | 10.20 | $595 | $595 | 0 |
| Kenneth J. Enos | Partner | Bankruptcy | 2004 | $58,500.00 | 100.00 | $585 | $585 | 0 |
| Elizabeth S. Justison | Associate | Bankruptcy | 2013 | $86,572.50 | 203.70 | $425 | $425 | 0 |
| Shane M. Reil | Associate | Bankruptcy | 2015 | $12,284.50 | 31.10 | $395 | $395 | 0 |
| Debbie Laskin | Paralegal | Bankruptcy | - | $114.00 | 0.40 | $285 | $285 | 0 |
| Michael Girello | Paralegal | Bankruptcy | - | $57.00 | 0.20 | $285 | $285 | 0 |
| Beth Olivere | Paralegal | Bankruptcy | - | $969.00 | 3.80 | $255 | $255 | 0 |
| Michelle Smith | Paralegal | Bankruptcy | - | $17,289.00 | 67.80 | $255 | $255 | 0 |
| | | | **Totals** | **$458,262.00** | **786.00** | | | |

6

## SUMMARY OF FINAL COMPENSATION REQUESTED BY PROJECT CATEGORY

| | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| B001 | Case Administration (B001) | 180.00 | $99,837.00 | 160.20 | $90,941.00 |
| B002 | Court Hearings (B002) | 90.00 | $49,918.50 | 80.10 | $45,370.50 |
| B003 | Cash Collateral/DIP Financing (B003) | 50.00 | $27,732.50 | 25.50 | $17,735.00 |
| B004 | Schedules & Statements, U.S. Trustee Reports (B004) | 50.00 | $27,732.50 | 56.20 | $28,680.50 |
| B005 | Lease/Executory Contract Issues (B005) | 40.00 | $22,186.00 | 27.80 | $16,116.50 |
| B006 | Use, Sale or Lease of Property (363 issues) (B006) | 10.00 | $5,546.50 | 7.00 | $4,629.00 |
| B007 | Claims Analysis, Objections and Resolutions (B007) | 30.00 | $16,639.50 | 22.80 | $12,689.00 |
| B008 | Meetings (B008) | 10.00 | $5,546.50 | 16.60 | $8,800.00 |
| B011 | Other Adversary Proceedings (B011) | 0.00 | $0.00 | 3.00 | $1,385.00 |
| B012 | Plan and Disclosure Statement (B012) | 470.00 | $260,685.50 | 338.30 | $209,397.00 |
| B013 | Creditor Inquiries (B013) | 0.00 | $0.00 | 0.30 | $225.00 |
| B014 | General Corporate Matters (B014) | 10.00 | $5,546.50 | 1.00 | $505.00 |
| B015 | Employee Matters (B015) | 0.00 | $0.00 | 0.80 | $340.00 |
| B017 | Retention of Professionals/Fee Issues (B017) | 50.0 | $27,732.50 | 40.50 | $19,292.50 |
| B018 | Fee Application Preparation (B018) | 10.00 | $5,546.50 | 5.30 | $1,752.50 |
| B020 | Utility Services (B020) | 0.00 | $0.00 | 0.30 | $127.50 |
| B708 | Business Operations (B708) | 0.00 | $0.00 | 0.30 | $276.00 |
| | **Total** | **1000.00** | **$554,650.00** | **786.00** | **$458,262.00** |

01:23726485.2

**SUMMARY OF FINAL EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| Category | Amount |
|---|---|
| Reproduction Charges | $7,028.60 |
| Filing Fee | $8,585.00 |
| Deposition/Transcript | $249.10 |
| Miscellaneous | $1,424.25 |
| Delivery/Courier | $185.00 |
| Working Meals | $940.58 |
| Teleconference/Video Conference | $264.17 |
| Computerized Legal Research | $14.65 |
| Staff Overtime | $16.12 |
| Docket Retrieval/Search | $45.50 |
| **TOTAL** | **$18,752.97** |

01:23726485.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 18-11369 (MFW) |
| MACH GEN GP, LLC, | : |
|  | : |
| Reorganized Debtor.[1] | : |

**Monthly Fee Application:**
**Obj. Deadline: October 29, 2018 at 4:00 p.m. (ET)**
**Hearing Date: N/A**

**Final Fee Application:**
**Obj. Deadline: November 20, 2018 at 4:00 p.m. (ET)**
**Hearing Date: TBD**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**THIRD MONTHLY AND FINAL APPLICATION
OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE
MONTHLY PERIOD FROM AUGUST 1, 2018 THROUGH SEPTEMBER 6, 2018, AND
THE FINAL PERIOD FROM JUNE 11, 2018 THROUGH SEPTEMBER 6, 2018**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in

accordance with that certain *Order Authorizing the Retention and Employment of Young*

*Conaway Stargatt & Taylor, LLP as Counsel to the Debtors,* Nunc Pro Tunc *to the Petition Date*

[D.I. 93] (the "Retention Order") and that certain *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* [D.I. 97] (the "Interim

Compensation Order"), the law firm of Young Conaway Stargatt & Taylor, LLP ("Young

Conaway") hereby applies (this "Application") to the Court for reasonable compensation for

professional legal services rendered as counsel to New MACH Gen, LLC and its affiliated

---

[1]     The Reorganized Debtor and the last four digits of its taxpayer identification numbers are MACH Gen GP, LLC (6738). The Reorganized Debtor's principal offices are located at 1780 Hughes Landing, Suite 800, The Woodlands, Texas 77380. The chapter 11 cases of certain affiliates of the Reorganized Debtor have been closed. See Case No. 18-11368 (MFW), D.I. 208.

debtors and debtors in possession (collectively, the "Debtors"), in the amount of $114,063.00, together with reimbursement for actual and necessary expenses incurred in the amount of $535.77, for the monthly period commencing August 1, 2018 through and including September 6, 2018 (the "Monthly Fee Period"), and in the amount of $458,262.00, together with reimbursement for actual and necessary expenses incurred in the amount of $18,752.97 for the final period commencing June 11, 2018 through and including September 6, 2018 (the "Final Fee Period"). In support of this Application, Young Conaway respectfully represents as follows:

## BACKGROUND

1.      On June 11, 2018 (the "Petition Date"), each of the Debtors filed a petition with the Court under chapter 11 of the Bankruptcy Code.

2.      Pursuant to the Retention Order, Young Conaway was retained to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases, effective as of the Petition Date. The Retention Order authorizes Young Conaway to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3.      All services for which compensation is requested herein by Young Conaway were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

4.      Attached hereto as Exhibit A is a detailed statement of fees incurred during the Monthly Fee Period, showing the amount of $114,063.00 due for fees.

5.      The services rendered by Young Conaway during the Monthly Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

6.      Attached hereto as Exhibit B is a detailed statement of expenses paid by Young Conaway during the Monthly Fee Period, showing the amount of $535.77 for reimbursement of expenses.  This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by Young Conaway to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  A complete review by category of the expenses incurred for the Monthly Fee Period may be found in the attachments hereto as Exhibit B.

7.      Costs incurred for overtime and computer assisted research are not included in Young Conaway's normal hourly billing rates and, therefore, are itemized and included in Young Conaway's disbursements.  Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Young Conaway represents that its rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $.25 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

## VALUATION OF SERVICES

8.      Attorneys and paraprofessionals of Young Conaway have expended a total of 183.40 hours in connection with this matter during the Monthly Fee Period.

9.      The amount of time spent by each of these persons providing services to the Debtors for the Monthly Fee Period is fully set forth in the detail attached hereto as <u>Exhibit A</u>.  These are Young Conaway's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Young Conaway for the Fee Period as counsel for the Debtors in these cases is $114,063.00.

10.     Young Conaway believes that the time entries included in <u>Exhibit A</u> attached hereto and the expense breakdown set forth in <u>Exhibit B</u> attached hereto are in compliance with the requirements of Local Rule 2016-2.

11.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

12.     This Monthly Application covers the period from August 1, 2018 through and including September 6, 2018.

## REQUEST FOR FINAL APPROVAL OF FEES AND EXPENSES

13.     The Application also covers the Final Fee Period of June 11, 2018 through and including September 6, 2018.  During the Final Fee Period, Young Conaway performed necessary services and incurred out-of-pocket disbursements for the Debtors and their estates. As set forth in prior monthly applications, in accordance with the factors enumerated in 11 U.S.C. § 330, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a

case under this title.  In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs incurred while representing the Debtors.

14.     Young Conaway has performed, and will continue to perform additional necessary services, and has incurred, and will continue to incur, additional expenses, subsequent to September 6, 2018 for which it will bill the Debtors directly.

## STATEMENT OF APPLICANT

15.     The following statements address the questions set forth under section C.5 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"):

a)      During the Final Fee Period, Young Conaway did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

b)      The fees sought by Young Conaway are less than the fees budgeted pursuant to the original budget provided by Young Conaway to the Debtors.

c)      The professionals included in the Application for the Final Fee Period did not vary their hourly rate based on the geographic location of the bankruptcy case.

d)      The Application for the Final Fee Period did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e)     The time period covered by the Application for the Final Fee Period includes approximately 1.10 hours with a value of $579.50 spent by Young Conaway to ensure that the time entries subject for the Final Fee Period comply with the Local Rules and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Young Conaway's preparation of each monthly fee application.

f)     The Application did not include annual rate increases since retention.

### BUDGET AND STAFFING PLAN

16.     Young Conaway and the Debtors have agreed to the budget and staffing plan, attached hereto as <u>Exhibit C</u> (the "<u>Budget and Staffing Plan</u>"), for the Final Fee Period.

### BLENDED RATE SCHEDULE

17.     A blended rate schedule, as requested by *Appendix B* to the UST Guidelines, is attached hereto as <u>Exhibit D</u>.

### CONCLUSION

WHEREFORE, Young Conaway requests that allowance be made to it in the sum of $114,063.00 as compensation for necessary professional services rendered to the Debtors for the Monthly Fee Period, and the sum of $535.77 for reimbursement of actual necessary costs and expenses incurred during that Monthly Fee Period, and final allowance be made to it in the sum of $458,262.00 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $18,752.97 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
      October 15, 2018

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Fax: (302) 571-1253

*Counsel for the Reorganized Debtor*

## VERIFICATION

STATE OF DELAWARE    )
                              )    SS:
NEW CASTLE COUNTY   )

      Kenneth J. Enos, Esquire, after being duly sworn according to law, deposes and says:

      1.     I am a Partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 2004.

      2.     I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP, as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

      3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                     _____
                                       Kenneth J. Enos

SWORN TO AND SUBSCRIBED before me this _15_ day of October, 2018.

                                     _____
                                     Notary Public
                                     My Commission Expires:_____

                            **DEBBIE ELLEN LASKIN**
                                **NOTARY PUBLIC**
                               **STATE OF DELAWARE**
                          **My Commission Expires October 31, 2020**